Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00248-CV

**PERSONAL INJURY FUNDING IV, LP** and Personal Injury Funding III, LP
d/b/a Casefunding Money for Lawsuits,
Appellants

v.

Irene **HERRERA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00509
Honorable Lori Massey, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 29, 2009

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief, which was due on June 5, 2009, has not been filed. On June 17, 2009, this court ordered appellants to show cause in writing by July 2, 2009, why this appeal should not be dismissed for want of prosecution. Appellants did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of the appeal are taxed against appellants.

PER CURIAM